UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| IAN FITZROY WATSON, | : | VIOLATIONS:  21 U.S.C. § 846 |
| also known as Jay Watson, | : | (Conspiracy to Distribute and Possess With |
| VINCENT LEON MILLHOUSE, | : | Intent to Distribute 50 Grams or More of |
| MAURICE V. HAMILTON, | : | Cocaine Base and to Distribute and |
| also known as Mo, | : | Possess With Intent to Distribute 5 |
| MAURICE LAMONT FREEMAN, | : | Kilograms or More of Cocaine) |
| Defendants. | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

<u>COUNT ONE</u>

From sometime on about January 1, 2003, until December 1, 2005, within the District of Columbia and elsewhere, **IAN FITZROY WATSON, also known as Jay Watson, VINCENT LEON MILLHOUSE, MAURICE V. HAMILTON, also known as Mo, and MAURICE LAMONT FREEMAN** did knowingly and willfully combine, conspire, confederate and agree together, with co-conspirators not indicted herein, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the said mixture and substance was 50 grams or more, and to distribute and possess

with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance and the said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii) and 841(b)(1)(A)(iii).

> (**Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base and to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine**, in violation of Title 21, United States Code, Section 846)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.